# IN THE SUPREME COURT OF THE STATE OF NEVADA

IMPERIA BRAND STRATEGIES &
SOLUTIONS LTD., IS A FOREIGN
CORPORATION,

Appellant,

vs.

PRO-AG, INC., D/B/A IMPROVALL, A
NEVADA CORPORATION; TRUEHOPE,
INC., A FOREIGN CORPORATION;
TRUEHOPE NUTRITIONAL SUPPORT
LTD., A FOREIGN CORPORATION;
THE SYNERGY GROUP OF CANADA,
INC., A FOREIGN CORPORATION;
BIO-NUTRACEUTICALS, INC., A
CALIFORNIA CORPORATION;
NUTRATEK HEALTH INNOVATIONS,
INC., A FOREIGN CORPORATION;
QUINTESSENTIAL BIOSCIENCES,
LLC, D/B/A Q SCIENCES OR Q, A
UTAH LIMITED LIABILITY
COMPANY; QXV, LLC, A UTAH
LIMITED LIABILITY COMPANY; Q
XIENCES, LLC, A UTAH LIMITED
LIABILITY COMPANY; DREW DAHL,
AN INDIVIDUAL; ALLEN K. DAVIS,
AN INDIVIDUAL; JANELLA WILLIS,
AN INDIVIDUAL; ANTHONY
STEPHAN, AN INDIVIDUAL; AND
DAVID HARDY, AN INDIVIDUAL,

Respondents.

No. 74727

FILED

JAN 08 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to revoke and granting motions to dismiss. Tenth Judicial District Court, Churchill County; William A. Maddox, Judge.

18-00828

Our review of the documents before us reveals a jurisdictional defect. A nonlawyer may not represent an entity such as a corporation in this or any other Nevada court. *Guerin v. Guerin*, 116 Nev. 210, 214, 993 P.2d 1256, 1258 (2000); *Sunde v. Contel of California*, 112 Nev. 541, 915 P.2d 298 (1996); *Salman v. Newell*, 110 Nev. 1333, 1336, 885 P.2d 607, 608 (1994) (observing that no statute or rule permits a nonlawyer to represent an entity and concluding that an entity cannot proceed in proper person). A notice of appeal that is the product of the unauthorized practice of law fails to confer jurisdiction on this court. *Guerin*, 116 Nev. at 214, 993 P.2d at 1258. Here, appellant's notice of appeal was signed by Gary C J David, a nonlawyer. The notice of appeal is therefore ineffective, and we dismiss the appeal.

It is so ORDERED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

cc: Chief Judge, The Tenth Judicial District
Hon. William A. Maddox, Senior Judge
Imperia Brand Strategies & Solutions Ltd.
Gary C J David
Allen K. Davis
Brett D. Ekins
James F. Sloan
Janella Willis
Johnson & Gubler, P.C.
Christensen James & Martin
R. Clay Hendrix, P.C.
Churchill County Clerk